WEISS & PAARZ
2600 New Road, Suite A
Northfield, NJ 08225
(609)641-8400
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANDANIBEN PARIKH; SEHAL PARIKH; and K.P., a minor, by and through her Guardians ad Litem, CHANDANIBEN PARIKH and SEHAL PARIKH<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOUGLAS GIBBENS, M.D.; MEDICAL RADIOLOGY GROUP, P.A. and COMMUNITY MEDICAL CENTER; JOHN DOE MEDICAL DIRECTORS A-Z (multiple fictitious persons); JOHN DOE EMPLOYERS A-Z (multiple fictitious entities); JOHN DOE OBSTETRICAL CARE PROVIDERS A-Z (multiple fictitious persons and/or entities) | Hon. Peter G. Sheridan<br><br>CIVIL ACTION NO:<br>3:14-cv-07685-PGS-DEA<br><br>ORDER APPROVING SETTLEMENT |

The plaintiffs, Chandaniben Parikh, Sehal Parikh and K.P., a minor by and through her Guardians ad Litem, Chandaniben Parikh and Sehal Parikh, having reached a settlement agreement with the United States of America only, not including defendants Douglas Gibbens, MD, Medical Radiology Group or Community Medical Center; and plaintiffs now seeking an Order approving of the settlement between plaintiffs and the United States of America in the amount of $250,000.00; and the Court having considered the submissions of the parties and any responses thereto;

IT IS on this ___21___ day of ___March___ 20_17_ hereby ORDERED that the settlement between the plaintiffs and the United States of America is approved in the amount of $250,000.00, with the Court finding the terms of the settlement agreement to be fair and just.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge for the
District of New Jersey