WEISS & PAARZ
2600 New Road, Suite A
Northfield, NJ 08225
(609)641-8400
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHANDANIBEN PARIKH; SEHAL PARIKH; and K.P., a minor, by and through her Guardians ad Litem, CHANDANIBEN PARIKH and SEHAL PARIKH<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOUGLAS GIBBENS, M.D.; MEDICAL RADIOLOGY GROUP, P.A. and COMMUNITY MEDICAL CENTER; JOHN DOE MEDICAL DIRECTORS A-Z (multiple fictitious persons); JOHN DOE EMPLOYERS A-Z (multiple fictitious entities); JOHN DOE OBSTETRICAL CARE PROVIDERS A-Z (multiple fictitious persons and/or entities) | Hon. Peter G. Sheridan<br><br>CIVIL ACTION NO:<br>3:14-cv-07685-PGS-DEA<br><br>STIPULATION OF DISMISSAL BY CONSENT |

The plaintiffs, Chandaniben Parikh, Sehal Parikh and K.P., a minor by and through her Guardians ad Litem, Chandaniben Parikh and Sehal Parikh, having reached a settlement agreement with the United States of America only, not including defendants Douglas Gibbens, MD, Medical Radiology Group and Community Medical Center; and the remaining causes of action against defendants Dr. Gibbens, Medical Radiology Group and Community Medical Center arising under state law only; and the Court having considered the submissions of the parties and any responses thereto;

IT IS on this 21 day of March 2017 hereby ORDERED as follows:

1. The causes of action against defendants Douglas Gibbens, MD, Medical Radiology Group and Community Medical Center are hereby DISMISSED; and

2. Plaintiffs may refile any state causes of action against defendants Dr. Gibbens, Medical Radiology Group and Community Medical Center in New Jersey Superior Court, pursuant to 28 U.S.C. 1367(d), within thirty (30) days of the date of this Order; and

IT IS further ORDERED that the Clerk of the Court is hereby directed to close this case.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge for the
District of New Jersey

Page Two
Stipulation of Dismissal by Consent

*[signature]*

ROBERT E. PAARZ, ESQ.
Weiss & Paarz, P.C.
Attorneys for Plaintiffs

*[signature]*

PAUL SCHAAFF, ESQ.
Orlovsky, Moody, Schaaff & Conlon, LLC
Attorneys for Defendants Douglas Gibbens, MD,
Medical Radiology Group and Community Medical Center

Page Three
Stipulation of Dismissal by Consent

*[signature]*

ROBERT E. PAARZ, ESQ.
Weiss & Paarz, P.C.
Attorneys for Plaintiffs


*[signature]* William E. Fitzpatrick, Acting

~~PAUL J. FISHMAN~~
United States Attorney
Attorney for Defendant United States
ALLAN B. K. URGENT
Assistant United States Attorney